# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 3, 2015

## NO. 03-14-00131-CV

**Zbranek Custom Homes, Ltd., Appellant**

**v.**

**Joe Allbaugh, Diane Allbaugh, and**
**Rutilio Albarran Construction, Inc. d/b/a El Paso Framing, Appellees**

## APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on December 10, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.